```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  UNITED STATES OF AMERICA,                                    :
                                                               :
                                                               :
                  -v-                                          :
                                                               :
                                                               :
  JOHNTAE BYRD,                                                :
                                                               :
                          Defendant.                           :
-------------------------------------------------------------- X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 10/31/2022 |

1:22-cr-497-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received Defendant Johntae Byrd's October 28, 2022 letter requesting bail. Dkt. No. 10.  The Court will hold a bail review hearing on November 4, 2022 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.

SO ORDERED.

Dated: October 31, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge