UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>JOHNTAE BYRD,<br>LARRY BRAND,<br>TYQUAN GOODLET, and<br>MALIK TOWNSEND,<br><br>*Defendants.* | **Order**<br><br>S2 22 Cr. 497 (GHW) |

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Alexandra S. Messiter;

It is found that the Superseding Indictment in the above-captioned action, S2 22 Cr. 497 (the "Indictment"), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, S2 22 Cr. 497, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       December 13, 2022

                                                                                               _____
                                                                                               JAMES L. COTT
                                                                                               United States Magistrate Judge