```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                    -v-                                      :
                                                             :
                                                             :
    JOHNTAE BYRD, and                                        :
    MALIK TOWNSEND,                                          :
                                  Defendants.                :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2022

1:22-cr-497-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on December 16, 2022, at 12:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: December 15, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge