UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA,                                    :
:
:
:
-v-                                                          :
:                    1:22-cr-497-GHW-1
:
JOHNTAE BYRD,                                                :                    ORDER
:
                                    Defendant.               :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/2023

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on February 23, 2023, at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 14, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge