```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                    -v-                                       :
                                                              :      1:22-cr-497-GHW-1
                                                              :
    JOHNTAE BYRD,                                             :      ORDER
                                           Defendant.         :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2023

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter for June 1, 2023, is adjourned to June 13, 2023, at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The defendant's sentencing submissions are due two weeks before sentencing; the Government's sentencing submissions are due one week before sentencing.

SO ORDERED.

Dated: April 26, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge