**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

# MEMORANDUM ENDORSED

May 29, 2023

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023
```

Re:   **United States v. JohnTae Byrd
        22 Cr. 497 (GHW)**

Dear Judge Woods:

      With the consent of the Government, I write to respectfully request that the Court extend the deadline for the defense's sentencing submission to June 2. I have been preparing for a suppression hearing before Judge Rakoff scheduled for May 30, 2023, and am in need of additional time to work on Mr. Byrd's sentencing memorandum in advance of his sentencing hearing.

      I request this brief extension to allow sufficient time to complete Mr. Byrd's sentencing memorandum.

      I request the schedule below:

Defense submission due June 2, 2023.
Government submission due June 9, 2023.

      As noted above, the Government consents to this request for an extension of the deadlines.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

---

Application granted. The deadline for the defendant to file its sentencing submissions is extended to June 2, 2023; the deadline for the Government to file its sentencing submissions is extended to June 9, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 82.

SO ORDERED.

Dated: May 31, 2023

_____
GREGORY H. WOODS
United States District Judge